1240

No. 87–7106. TOWNS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–7113. GITTLEMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–7130. TURNER v. SULLIVAN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 87–7133. THORNBERG v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–7155. MATHEWS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 87–1302. GUSHIKEN ET AL. v. FUJIKAWA. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 87–1497. EASTER ENTERPRISES, INC., DBA ACE LINES, INC. v. ROBBINS ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE KENNEDY would grant certiorari.

No. 87–1693. KNIES v. UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 87–1712. DOE ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 87–1701. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. FOSTER. Sup. Ct. Fla. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 87–1756. SUNDQUIST v. CHASTAIN. C. A. D. C. Cir. Certiorari denied. JUSTICE WHITE, JUSTICE BLACKMUN, and JUSTICE O'CONNOR would grant certiorari.